1002

DELORES J. DUCATT, ET AL, *Appellants,* v. ROBERT H. CANCRO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-17497-1, John W. Riley, J., entered May 19, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman, J., and Revelle, J. Pro Tem.

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY LAWRENCE KINCADE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-02012-6, Frank J. Eberharter, J., entered October 18, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse and Webster, JJ.

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN WILLIAM YORK, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00978-3, Gerald L. Knight, J., entered June 20, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Cole, J. Pro Tem. Now published at 50 Wn. App. 446.